UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**ELIZABETH MELOSKIE, an individual on behalf of herself and all others similarly situated**,

                    *Plaintiffs*,

    -vs-

**NORTHSTAR LOCATION SERVICES, LLC, a New York Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,**

                    *Defendants*.

**VOLUNTARY STIPULATION OF DISMISSAL**

Civil No. 11-CV-0009

      **IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff, Elizabeth Meloskie, and the Defendant, Northstar Location Services, LLC, that the above-captioned action shall be voluntarily dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: June 9, 2011                                         Dated: June 9, 2011

**BRENT & SHEAR, P.C.**                             **HISCOCK & BARCLAY, LLP**

By:   s/ Jason Shear                        By:   s/ Paul A. Sanders
     Jason Shear, Esq.                             Paul A. Sanders, Esq.
     Attorneys for Plaintiff                      Attorneys for Defendant
     3957 Main Street, 2nd Floor               2000 HSBC Plaza
     Buffalo, New York 14226                 100 Chestnut Street
     E-mail: jshear@shearlawfirm.com       Rochester, New York 14604
                                                        E-mail address: psanders@hblaw.com

Dated: June 9, 2011

**BRENT LAW OFFICE**

By:   s/ Carol Brent
     Carol Brent, Esq.
     Attorneys for Plaintiff

- 1 -

- 2 -

331 Alberta Drive, Suite 214
Amherst, New York 14226
E-mail: carolbrent@brentlawoffice.com